UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**R'KES STARLING,**

   Plaintiff,

v.                                            No. 4:22-cv-00852-P

**STERLING FINANCIAL & CO.,**

   Defendant.

# ORDER

   This action was filed in on September 22, 2022. ECF No. 1. Under Federal Rule of Civil Procedure 4(m), defendants must be served within 90 days after the complaint is filed. FED. R. CIV. P. 4. When a plaintiff fails to comply with Rule 4(m), the Court is required to dismiss the action. *Id*. While the 90 days have not passed, the Court issues this Order to remind Plaintiff that if it fails to file proof of service **on or before December 21, 2022**, the Court will dismiss all claims under Rule 4(m) and pursuant to Rule 41(b) for failure to prosecute. *See* FED. R. CIV. P. 4(m), 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998); *Long v. Simmons*, 77 F.3d 878, 880 (5th Cir. 1996); *Boudwin v. Grayston Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citation omitted).

   **SO ORDERED** on this **13th day of December 2022.**

   */s/ Mark T. Pittman*
   Mark T. Pittman
   UNITED STATES DISTRICT JUDGE