UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**R'KES STARLING,**

   Plaintiff,

v.                                                                    No. 4:22-cv-00852-P

**STERLING FINANCIAL & CO.,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on December 23, 2022:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **23rd day of December 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE